UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01266-TWP-DML |
| ) | |
| BUTLER UNIVERSITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

## Entry and Order from Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on May 16, 2017, with the magistrate judge.  The case management plan submitted in this case is approved as modified to include the following addition to Sec. III E.  The parties shall submit (not file) courtesy copies of their respective demand and response at the time of service via email to *judgelynchchambers@insd.uscourts.gov.*  There is no need to follow the email with a hard copy.

If the plaintiff and defendant Jane Smith desire to continue proceeding anonymously, each must file a motion by June 6, 2017.  Brief(s) in opposition are due by June 27, 2017.  Any reply brief is due by July 5, 2017.  In light of this briefing schedule and the fact that the court's order at Dkt. 8 permitted the plaintiff to proceed initially under a pseudonym, the motion to dismiss at Dkt. 18 is DENIED AS MOOT.  The plaintiff must, by May 23, 2017, file under seal a notice of his actual name.

This case is set for a telephone status conference on **August 22, 2017, at 10:00 a.m. (Eastern)**, with Magistrate Judge Debra McVicker Lynch.  Counsel are to contact the court at 317.229.3630 to participate in the conference.  Where there are multiple counsel from a firm participating in the conference, those counsel are to make arrangements to call the court on a single line.

So ORDERED.

Date: 5/18/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system