UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| "JOHN DOE", | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 1:16-cv-01266-TWP-DML |
| BUTLER UNIVERSITY, *et al.*, | ) ) ) |
| Defendants. | ) ) |
| "JANE SMITH", | ) ) |
| Counter-Plaintiff, | ) ) |
| vs. | ) ) |
| "JOHN DOE", | ) ) |
| Counter-Defendant. | ) ) |
| UNITRIN PREFERRED INSURANCE COMPANY, | ) ) ) |
| Intervenor Plaintiff, | ) ) |
| vs. | ) ) |
| "JANE SMITH" and "JOHN DOE", | ) ) ) |
| Intervenor Defendants. | ) ) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO CONTINUE TO PROCEED ANONYMOUSLY

This case is before the court on the plaintiff's Unopposed Motion for Extension of Time to File

Reply Brief in support of Plaintiff's pending Motion to Continue to Proceed Anonymously (Dkt. 67). The court, having reviewed the motion and being duly advised, now GRANTS the motion.

IT IS ORDERED that the plaintiff's reply brief in support of his pending Motion to Continue to Proceed Anonymously is due on or before July 7, 2017.

Date: 7/6/2017

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system