UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| "JOHN DOE," | ) |
| Plaintiff, | ) |
| v. | ) 1:16-cv-01266-TWP-DML |
| BUTLER UNIVERSITY,<br>JAMES M. DANKO,<br>LEVESTER JOHNSON,<br>STACIE COLSON PATTERSON,<br>ANNE FLAHERTY,<br>SALLY CLICK,<br>ERIN McCLUNEY,<br>ROBERT PADGETT,<br>MARTHA DWIZLIK, and<br>"JANE SMITH," | ) |
| Defendants. | ) |
| UNITRIN PREFERRED INSURANCE<br>COMPANY, | ) |
| Intevening Plaintiff, | ) |
| v. | ) |
| "JOHN DOE," "JANE SMITH," and<br>PRIVILEGE UNDERWRITERS, INC., | ) |
| Intervening Defendants. | ) |

## STIPULATION OF MUTUAL DISMISSAL OF JOHN DOE'S COMPLAINT AGAINST JANE SMITH AND OF JANE SMITH'S COUNTERCLAIM AGAINST JOHN DOE

Under Rule 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to the dismissal, with prejudice, of the following: (1) all of John Doe's claims against Jane Smith pleaded in John Doe's Amended Complaint (Filing No. 13), and (2) all of Jane Smith's claims against John Doe pleaded in Jane Smith's Amended Answer to

John Doe's Amended Complaint and Counterclaim Against John Doe (Filing No. 51). The parties do not, by this stipulation, dismiss any other claims currently pending in the action.

SO STIPULATED:

s/Andrew M. Kassier (w/ consent)
Andrew M. Kassier
ANDREW M. KASSIER, P.A.
4500 LeJeune Rd.
Coral Gables, FL 33146
Telephone: (305) 662-1000
Email: kassiera@aol.com

*Attorney for John Doe*

s/Christopher A. Wadley
Christopher A. Wadley
WALKER WILCOX MATOUSEK LLP
One N. Franklin St., Ste. 3200
Chicago, IL 60606
Telephone: (312) 244-6717
Email: cwadley@wwmlawyers.com

*Attorney for "Jane Smith"*

s/Melissa K. Taft (w/consent)
Melissa K. Taft
JACKSON LEWIS, P.C.
10 W. Market St., Ste. 2400
Indianapolis, IN 46204
Telephone: (317) 489-6930
Email: Melissa.Taft@jacksonlewis.com

*Attorney for Butler University, James M. Danko, Levester Johnson, Stacie Colson Patterson, Anne Flaherty, Sally Click, Erin McCluney, Robert Padgett, and Martha Dwizlik*

s/Scott B. Cockrum (w/ consent)
Scott B. Cockrum
HINSHAW & CULBERTSON LLP
322 Indianapolis Blvd., Ste. 201
Schererville, IN 46375
Telephone: (219) 864-5051
Email: scockrum@hinshawlaw.com

*Attorney for Unitrin Preferred Insurance Company*

s/Mark C. Engling (w/ consent)
Marc C. Engling
FREUND, FREEZE & ARNOLD
1 S. Main St., Ste. 1800
Dayton, OH 45402
Telephone: (937) 913-0158
Email: mengling@ffalaw.com

*Attorney for Privilege Underwriters, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Respectfully submitted,

        s/Christopher A. Wadley
        Christopher A. Wadley
        WALKER WILCOX MATOUSEK LLP
        One N. Franklin St., Ste. 3200
        Chicago, IL 60606
        Telephone: (312) 244-6717
        Email: cwadley@wwmlawyers.com

        *Attorney for Jane Smith*