UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| "JOHN DOE," | ) | **Acknowledged** |
| | ) | TWP |
| Plaintiff, | ) | December 14, 2017 |
| | ) | |
| v. | ) | 1:16-cv-01266-TWP-DML |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| JAMES M. DANKO, | ) | |
| LEVESTER JOHNSON, | ) | |
| STACIE COLSON PATTERSON, | ) | |
| ANNE FLAHERTY, | ) | |
| SALLY CLICK, | ) | |
| ERIN McCLUNEY, | ) | |
| ROBERT PADGETT, | ) | |
| MARTHA DWIZLIK, and | ) | |
| "JANE SMITH," | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| UNITRIN PREFERRED INSURANCE COMPANY, | ) | |
| | ) | |
| Intevening Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| "JOHN DOE," "JANE SMITH," and PRIVILEGE UNDERWRITERS, INC., | ) | |
| | ) | |
| Intervening Defendants. | ) | |

### STIPULATION OF MUTUAL DISMISSAL OF JOHN DOE'S COMPLAINT AGAINST JANE SMITH AND OF JANE SMITH'S COUNTERCLAIM AGAINST JOHN DOE

Under Rule 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to the dismissal, with prejudice, of the following: (1) all of John Doe's claims against Jane Smith pleaded in John Doe's Amended Complaint (Filing No. 13), and (2) all of Jane Smith's claims against John Doe pleaded in Jane Smith's Amended Answer to

John Doe's Amended Complaint and Counterclaim Against John Doe (Filing No. 51). The parties do not, by this stipulation, dismiss any other claims currently pending in the action.

SO STIPULATED:

| | |
|---|---|
| s/Andrew M. Kassier (w/ consent) | s/Christopher A. Wadley |
| Andrew M. Kassier | Christopher A. Wadley |
| ANDREW M. KASSIER, P.A. | WALKER WILCOX MATOUSEK LLP |
| 4500 LeJeune Rd. | One N. Franklin St., Ste. 3200 |
| Coral Gables, FL 33146 | Chicago, IL 60606 |
| Telephone: (305) 662-1000 | Telephone: (312) 244-6717 |
| Email: kassiera@aol.com | Email: cwadley@wwmlawyers.com |
| | |
| *Attorney for John Doe* | *Attorney for "Jane Smith"* |
| | |
| s/Melissa K. Taft (w/consent) | s/Scott B. Cockrum (w/ consent) |
| Melissa K. Taft | Scott B. Cockrum |
| JACKSON LEWIS, P.C. | HINSHAW & CULBERTSON LLP |
| 10 W. Market St., Ste. 2400 | 322 Indianapolis Blvd., Ste. 201 |
| Indianapolis, IN 46204 | Schererville, IN 46375 |
| Telephone: (317) 489-6930 | Telephone: (219) 864-5051 |
| Email: Melissa.Taft@jacksonlewis.com | Email: scockrum@hinshawlaw.com |
| | |
| *Attorney for Butler University, James M. Danko, Levester Johnson, Stacie Colson Patterson, Anne Flaherty, Sally Click, Erin McCluney, Robert Padgett, and Martha Dwizlik* | *Attorney for Unitrin Preferred Insurance Company* |

s/Mark C. Engling (w/ consent)
Marc C. Engling
FREUND, FREEZE & ARNOLD
1 S. Main St., Ste. 1800
Dayton, OH 45402
Telephone: (937) 913-0158
Email: mengling@ffalaw.com

*Attorney for Privilege Underwriters, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Respectfully submitted,

    s/Christopher A. Wadley
    Christopher A. Wadley
    WALKER WILCOX MATOUSEK LLP
    One N. Franklin St., Ste. 3200
    Chicago, IL 60606
    Telephone: (312) 244-6717
    Email: cwadley@wwmlawyers.com

    *Attorney for Jane Smith*