UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| "JOHN DOE", | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 1:16-cv-01266-TWP-DML |
| | ) |
| BUTLER UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE TO COMPLETE NON-EXPERT WITNESS DISCOVERY AND DISCOVERY RELATED TO LIABILITY ISSUES AND INCORPORATED REQUEST THAT EXTENSION APPLY TO ALL PARTIES**

This matter is before the court on the Unopposed Motion for Extension of Time to File Reply Memorandum in Support of Motion to Extend Deadline to Complete Non-expert Witness Discovery and Discovery Related to Liability Issues and Incorporated Request That Extension Apply to All Parties (Dkt. 111). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the plaintiff has to and including February 22, 2018 to file his reply in support of his motion to extend the deadline to complete non-expert witness discovery and discovery related to liability issues.

Date: 2/21/2018

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system