UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| "JOHN DOE", | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:16-cv-01266-TWP-DML |
| | ) | |
| BUTLER UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR ADDITIONAL ONE-DAY EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF PENDING MOTION FOR EXTENSION OF TIME TO COMPLETE NON-EXPERT WITNESS DISCOVERY AND DISCOVERY RELATED TO LIABILITY ISSUES AND  INCORPORATED REQUEST THAT EXTENSION APPLY TO ALL PARTIES

Plaintiff, "JOHN DOE" ("Plaintiff"), by and undersigned counsel, hereby moves this

Honorable Court for an additional 1-day extension of time, up to and including February 23, 2018,

to file his Reply Memorandum in support of his pending Motion for Extension of Time to File Reply

Memorandum in Support of Pending Motion For Extension of Time to Complete Non-expert

Witness Discovery and Discovery Related to Liability Issues and  Incorporated Request That

Extension Apply to All Parties the deadline to complete non-expert witness discovery and discovery

related to liability issues, and as grounds therefor states:

1.       On February 20, 2018, Plaintiff filed an unopposed motion for a 2-day extension of

time to file a Reply Memorandum in support of [Dkt. 109].

1

2.      That motion, which was unopposed, was granted.

3.      Today, due to unforeseen problems with BOTH his office computer and his laptop computer, undersigned counsel has been unable to finish the Reply Memorandum by midnight on February 22, 2108.

4.      Both computers will be repaired tomorrow, and undersigned counsel will be able to file the Reply Memorandum on Friday, February 23, 2018.

Reply Memorandum on or before February 22, 2018.

5.      Due to the lateness of the hour, undersigned counsel was unable to "meet and confer" with opposing counsel, but will do so at the earliest possible opportunity tomorrow.

6.      This motion is made in good faith and not for dilatory or other improper purposes.

WHEREFORE, Plaintiff JOHN DOE  respectfully requests this Honorable Court GRANT this motion, and order the relief requested herein.

## CERTIFICATE OF GOOD FAITH CONFERENCE

_____Pursuant to S.D.Ind.L.R. 7.1(g), I hereby certify that counsel for the movants was unable to confer with all parties or non-parties who may be affected by the relief sought in this motion in a good faith  effort to resolve the issues raised therein, as the computer failure resulting in the need to file this motion was unexpected and occurred too late to contact opposing counsel.

_s/Andrew M. Kassier, Esq._____

2

Respectfully submitted,

ANDREW M. KASSIER, P.A.
Dickman Building
4500 Lejeune Road
Miami, Florida 33130
(305)-662-1000 tel
(305)-661-0909 fax
kassiera@aol.com

BY:   _s/Andrew M. Kassier_____
        ANDREW M. KASSIER, ESQ.
        (Fla. Bar No. 316547)

        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served using the CM-ECF filing system this 22nd__ day of February,  2018 on all counsel of record.

_____*s/Andrew M. Kassier, Esq.*_____

3