UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| "JOHN DOE," | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:16-cv-01266-TWP-DML |
| | ) |
| BUTLER UNIVERSITY, | ) |
| JAMES M. DANKO, | ) |
| LEVESTER JOHNSON, | ) |
| STACIE COLSON PATTERSON, | ) |
| ANNE FLAHERTY, | ) |
| SALLY CLICK, | ) |
| ERIN McCLUNEY, | ) |
| ROBERT PADGETT, | ) |
| MARTHA DWIZLIK, and | ) |
| "JANE SMITH," | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| UNITRIN PREFERRED INSURANCE COMPANY, | ) |
| | ) |
| Intevening Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| "JOHN DOE," "JANE SMITH," and PRIVILEGE UNDERWRITERS, INC., | ) |
| | ) |
| Intervening Defendants. | ) |

## MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS

Defendant Jane Smith ("Smith") hereby moves, under Rule 41(a)(2) of the Federal Rules of Civil Procedure, to voluntarily dismiss her counterclaim against Unitrin Preferred Insurance Company ("Unitrin") and crossclaim against Privilege Underwriters, Inc. ("PURE") (Filing No. 87, at CM/ECF pp. 11-17). In support of this motion, Smith states as follows:

1. Plaintiff filed this action against Smith on August 9, 2016, alleging that Smith falsely accused him of raping her while they were both students at Butler University. (Filing No. 13, at CM/ECF pp. 9-13.) Plaintiff alleged that, as a consequence, he was expelled from the university. (*Id.* at CM/ECF pp. 13-18.)

2. Smith denied plaintiff's allegations and filed a counterclaim against him for assault, battery, and intentional infliction of emotional distress. (Filing No. 51, at CM/ECF pp. 35-37.)

3. Smith also tendered plaintiff's lawsuit to Unitrin and PURE for coverage under liability insurance policies that they had issued to her parents. (Filing No. 87, at CM/ECF pp. 11-15.)

4. Unitrin intervened in the lawsuit and filed a complaint seeking a declaratory judgment that its policy does not cover plaintiff's claims. (Filing No. 84, at CM/ECF pp. 8-9.) Unitrin also sued PURE to recover contribution from PURE for Unitrin's payment of Smith's defense costs. (*Id.* at CM/ECF p. 9.)

5. Smith answered Unitrin's complaint and filed a counterclaim against Unitrin seeking a declaration that she is entitled to coverage under the policy. (Filing No. 87, at CM/ECF pp. 12-13.) Smith also filed a crossclaim against PURE, alleging that PURE breached its policy by denying coverage. (*Id.* at CM/ECF pp. 13-16.)

6. On December 13, 2017, all parties filed a stipulation of dismissal regarding plaintiff's and Smith's claims against each other. (Filing No. 106.) Hence, no claims remain pending between plaintiff and Smith. (Filing No. 107.)

7. Nonetheless, Smith's counterclaim against Unitrin and crossclaim against PURE have remained pending. Smith now seeks to voluntarily dismiss those claims because they are moot in light of the fact that plaintiff has dismissed his claims against her.[1]

WHEREFORE, Jane Smith respectfully requests that the Court enter an order dismissing her counterclaim against Unitrin and her crossclaim against PURE (Filing No. 87, at CM/ECF pp. 11-17.)

Dated: February 23, 2018.          Respectfully submitted,

                                      s/Christopher A. Wadley
                                      Christopher A. Wadley
                                      WALKER WILCOX MATOUSEK LLP
                                      One N. Franklin St., Ste. 3200
                                      Chicago, IL 60606
                                      Telephone: (312) 244-6717
                                      Facsimile: (312) 244-6800
                                      Email: cwadley@wwmlawyers.com

                                      Attorney for "Jane Smith"

---

[1] Notably, Unitrin moved to dismiss Smith's counterclaim. (Filing No. 98.) Unitrin's motion to dismiss will be moot if the court grants Smith's instant motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 23, 2018.    Respectfully submitted,

s/Christopher A. Wadley
Christopher A. Wadley
WALKER WILCOX MATOUSEK LLP
One N. Franklin St., Ste. 3200
Chicago, IL 60606
Telephone: (312) 244-6717
Facsimile: (312) 244-6800
Email: cwadley@wwmlawyers.com

Attorney for "Jane Smith"