UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:16-cv-1266-TWP-DKL |
| | ) |
| BUTLER UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## Order Lifting Stay

On January 8, 2018, the undersigned denied the plaintiff's motion to continue proceeding anonymously, but stayed for thirty days the order directing that all future public filings use the plaintiff's true name.

More than thirty days have passed since the undersigned denied the motion. Therefore, in accordance with the Order on Plaintiff's Motion to Continue Proceeding Anonymously (Dkt. 108), the stay of the Order is LIFTED and it is now ORDERED that all future public filings use the plaintiff's true name.

So ORDERED.

Date: 2/26/2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system