UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| CHRISTIAN AYALA, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 1:16-cv-1266-TWP-DLP |
| BUTLER UNIVERSITY, an Indiana ) non-profit corporation, ) JAMES M. DANKO, an individual, ) LEVESTER JOHNSON, an individual, ) STACIE COLSON PATTERSON, an ) individual, ANNE FLAHERTY, an ) individual, SALLY CLICK, an individual, ) ERIN MCCLUNEY, an individual, ) ROBERT PADGETT, an individual, ) MARTHA DWIZLIK, an individual, and ) "JANE SMITH", an individual, ) ) Defendants. ) | |

_____

| | |
|---|---|
| UNITRIN PREFERRED INSURANCE ) COMPANY, ) ) Intervening Plaintiff, ) ) ) v. ) ) "JANE SMITH," an individual, ) CHRISTIAN AYALA, an individual, ) and PRIVILEGE UNDERWRITERS, ) INC. ) ) Intervening Defendants. ) | |

**<u>INTERVENING PLAINTIFF UNITRIN PREFERRED INSURANCE COMPANY'S
WITNESS AND EXHIBIT LIST</u>**

NOW COMES Intervening Plaintiff, UNITRIN PREFERRED INSURANCE COMPANY, by counsel, Hinshaw & Culbertson LLP and for its Witness and Exhibit List, states as follows:

A.  Unitrin's Witness List

1. Plaintiff, CHRISTIAN AYALA is expected to testify about the underlying incident, matters related to his claimed damages, and the pleadings.

2. Defendant, JANE SMITH, is expected to testify about the underlying incident and facts and the denial of coverage by PRIVILEGE UNDERWITERS, INC. ("PURE").

3. Representative(s) of BUTLER UNIVERSITY, including but not limited to all individuals named as Defendants in this action. The BUTLER UNIVERSITY Representatives may testify regarding about the underlying incident and matters alleged in the pleadings.

4. Representative(s) of UNITRIN PREFERRED INSURANCE COMPANY are expected to testify regarding the pleadings, any documents attached to or referenced in the pleadings, and the policy of insurance at issue.

5. Audi Mincey, Claim Analyst, Privilege Underwriters Reciprocal Exchange, is expected to testify regarding the PURE policies, any and all deliberations and decisions by PURE with respect to the policies of insurance issued by PURE which are at issue in this case, and the denial of coverage by PURE with respect to JANE SMITH.

6. Sandra Manzella, Senior Claim Analyst, Privilege Underwriters Reciprocal Exchange, is expected to testify regarding the PURE policies, any and all deliberations and decisions by PURE with respect to the policies of insurance issued by PURE which are at issue in this case, and the denial of coverage by PURE with respect to JANE SMITH.

7. Other Representatives of PRIVLEGE UNDERWRITERS, INC. are expected to testify regarding the PURE policies, any and all deliberations and decisions by PURE with respect to the policies of insurance issued by PURE which are at issue in this case, and the denial of coverage by PURE with respect to JANE SMITH.

8. Intervening Plaintiff reserves its right to name additional witnesses as discovery and investigation continues, and per any of the Court's orders.

B.  Unitrin's Exhibit List

1. Unitrin Preferred Insurance Company policy number RQ 817291.

2. Privilege Underwriters Reciprocal Exchange homeowners policy of insurance number HO138236300.

3. Privilege Underwriters Reciprocal Exchange umbrella policy of insurance number EX138235200.

4. All pleadings filed in this case, including, but not limited to, Plaintiff Christian Ayala's Amended Complaint.

5. Intervening Defendant Privilege Underwriters, Inc.'s answers to interrogatories.

6. Intervening Defendant Privilege Underwriters, Inc's responses to requests for production.

7. The application for insurance for Privilege Underwriters Reciprocal Exchange policies HO138236300 and EX138235200.

8. October 25, 2016 correspondence from Privilege Underwriters Reciprocal Exchange regarding its denial of coverage.

9. Deposition transcript of Plaintiff, Christian Ayala.

10. Intervening Plaintiff reserves its right to supplement this list as discovery and investigation continues and in accordance with any of the Court's orders.

Date: June 11, 2018                                                    Respectfully submitted,

                                                                       HINSHAW & CULBERTSON LLP


                                                                       By:  /s/ Joseph D. Ackerman

                                                                       Scott B. Cockrum (20840-45)
                                                                       Joseph D. Ackerman (30276-71)
                                                                       scockrum@hinshawlaw.com
                                                                       jackerman@hinshawlaw.com
                                                                       Attorneys for Intervening Plaintiff
                                                                       322 Indianapolis Blvd.
                                                                       Suite 201
                                                                       Schererville, IN 46375
                                                                       219-864-5051

302023768V1 0992781

## **CERTIFICATE OF SERVICE**

  I certify that on the 11th day of June, 2018, a copy of the foregoing Witness and Exhibit List was filed via the Court's electronic filing system and served on all counsel of record through same.

             HINSHAW & CULBERTSON LLP

         By: s/ Joseph D. Ackerman
            Joseph D. Ackerman

Andrew M. Kassier kassiera@aol.com

Christopher A. Wadley cwadley@wwmlawyers.com

Craig W. Wiley craig.wiley@jacksonlewis.com

John K. Bennett bennettj@jacksonlewis.com

Melissa K. Taft melissa.taft@jacksonlewis.com