UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTIAN AYALA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:16-cv-01266-TWP-DLP |
| | ) | |
| BUTLER UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, CHRISTIAN AYALA ("Plaintiff") by and through undersigned counsel, hereby appeals to the United States Circuit Court of Appeals for the Seventh Circuit from a Final Judgment [DE-161] entered following the entry of an Order granting Defendants' Motion for Summary Judgment. [DE-160]. Both the Order granting Summary Judgment, and the Final Judgment, were entered on October 19, 2018. Appellant further appeals the interlocutory order [DE-108] entered on January 08, 2018, denying Plaintiff's Motion to Continue Proceeding Anonymously [DE-62].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-service this 19th day of November, 2018 using the Court's CM-ECF service on all counsel of record.

            Respectfully submitted,

            ANDREW M. KASSIER, P.A.
            Dickman Building
            4500 Lejeune Road
            Miami, Florida 33130
            (305)-662-1000 tel
            (305)-661-0909 fax
            kassiera@aol.com

BY:  *s/Andrew M. Kassier*
            ANDREW M. KASSIER, ESQ.
            (Fla. Bar No. 316547)

            Attorneys for Plaintiff