UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTIAN AYALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 1:16-cv-01266-TWP-DLP |
| | ) |
| BUTLER UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# **ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF ORDER DIRECTING CLERK OF COURT TO REIMBURSE PLAINTIFF'S COUNSEL FOR DUPLICATE PAYMENT OF FILING FEE FOR NOTICE OF APPEAL**

THIS MATTER is before the Court on the Unopposed Motion for Entry of Order Directing Clerk of Court to Reimburse Plaintiff's Counsel for Duplicate Payment of Filing Fee for Notice of Appeal filed by the Plaintiff, CHRISTIAN AYALA. The Court, having reviewed the motion, and noting it is unopposed, and being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. That the motion is GRANTED.

2. That the Clerk of Court is ordered to issue payment to attorney ANDREW M. KASSIER in the amount of FIVE HUNDRED FIVE DOLLARS and NO CENTS ($505.00) TO reimburse for a duplicate payment of the filing fee for the Notice of Appeal [Dkt. 163] filed on November 19, 2018, said duplicate payment further identified by Receipt No. 0756-5163112.

1

No.: 1:16-cv-01266-TWP-DLP

3. That the reimbursement to Mr. Kassier shall be made payable to his law firm, ANDREW M. KASSIER, P.A.

SO ORDERED.

Date: 11/27/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

All ECF-registered counsel of record